**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JESSIE R. JONES**                                                                       **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 3:04CV554LS**

**BELL SOUTH, CHRISTOPHER LOTT,
ALAN FLOWERS and MIKE LYNCHARD**                                 **DEFENDANTS**

## ORDER

This matter came before the court on the Defendant BellSouth Telecommunications, Inc.'s

Motion for Leave to Depose Plaintiff outside the Discovery Period and to Extend the Deadline for

Dispositive Motions, or, in the Alternative, to Compel Plaintiff to Appear for Deposition within the

Discovery Period.  The Case Management Plan Order earlier entered in this matter set the following

deadlines:

| | |
|---|---|
| Bench Trial | 8/7/06 |
| Pretrial Conference | 7/17/06 |
| Motion Deadline | 4/22/06 |
| Discovery Deadline | 4/7/06 |

This Motion was filed on March 29, 2006, and, as of this date, there has been no response.  The

Motion states that the Plaintiff has no objection to the Motion.  BellSouth wants to take the

Plaintiff's deposition "in early May" and delay filing motions until May 31.  Unfortunately, delaying

the motion deadline to that date will not give the District Judge's staff ample time to dispose of the

motions prior to the pretrial conference.  Therefore, the court can grant only a short extension of

these deadlines.

IT IS, THEREFORE, ORDERED that the Defendant BellSouth Telecommunications, Inc.'s

Motion for Leave to Depose Plaintiff outside the Discovery Period and to Extend the Deadline for

Dispositive Motions, or, in the Alternative, to Compel Plaintiff to Appear for Deposition within the Discovery Period is hereby **granted** in part and **denied** in part.  BellSouth may take the Plaintiff's deposition outside the discovery deadline, on a date to be agreed upon by counsel, but, in any event, no later than May 6, 2006.  The deadline for filing motions is extended to May 13, 2006.  Any party filing a motion without an accompanying deposition transcript may seek leave from the District Judge to further extend the motion deadline or to supplement the motion with a deposition transcript at a later date.

IT IS SO ORDERED, this the 26th day of April, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE
