IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JESSIE R. JONES**                                                                           **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:04CV554LS**

**BELL SOUTH, CHRISTOPHER LOTT,**
**ALAN FLOWERS and MIKE LYNCHARD**                     **DEFENDANTS**

## ORDER

This matter came before the court on the Motion by Plaintiff, Jessie R. Jones, to Extend the Discovery and Deposition Deadlines, by which he seeks a thirty day extension of the discovery deadline. That deadline, which had been earlier extended by the court, expired on May 8, 2006. The trial of this case is set for August 7, 2006, and the pretrial conference is set for July 17. As stated in the earlier Order extending deadlines, the schedule set by the court must permit the District Judge ample time to rule on motions prior to the pretrial conference. The Defendants have already submitted their Motion for Summary Judgment, and permitting further discovery would likely cause delay in the completion of briefing on that Motion. The court cannot accommodate further extensions without jeopardizing the trial date. Finally, the court notes that the docket reflects no activity in this matter from the entry of the Case Management Plan Order in August, 2005, until the Defendants noticed the Plaintiff's deposition in February. For all of these reasons, the Plaintiff's Motion must be denied.

IT IS, THEREFORE, ORDERED that the Motion by Plaintiff, Jessie R. Jones, to Extend the Discovery and Deposition Deadlines is hereby **denied**.

IT IS SO ORDERED, this the 1st day of June, 2006.

S/James C. Sumner<br>
UNITED STATES MAGISTRATE JUDGE