UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JESSIE R. JONES                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:04CV554LS

BELLSOUTH, CHRISTOPHER LOTT,
ALAN FLOWERS AND MIKE LYNCHARD                              DEFENDANTS

### JUDGMENT

For the reasons given in the memorandum opinion and order granting defendants' motion for summary judgment entered in this case on this date, it is hereby

Ordered and adjudged that this action is dismissed.

SO ORDERED AND ADJUDGED this 14th day of July, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE